

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
District of Columbia

January 29, 2024

**MEMO ENDORSED**

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *M.L., v. N.Y.C Dep't of Educ.,* 23-cv-6836 (VEC)

Dear Judge Caproni:

    We represent Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

    We are respectufully asking for an adjournment of the in-person Initial Conference currently scheduled for February 2, 2024 at 10 AM before Your Honor or permission for the parties to appear virtually. Plaintiff consents to this request. The request is on a personal basis as I am out of state due to my father's death. We have made a final offer and if not accepted, the parties propose the submission of a briefing schedule.

    The parties thank the Court for considering this submission.

                              Respectfully Submitted,

                            By: */s/ Vivian Rivera Drohan*

cc: Irina Roller, Esq. (via ECF)        Vivian Rivera Drohan, Esq.

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001  main: (212) 710-0000  www.dlkny.com

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, February 2, 2024, at 10:00 A.M. is ADJOURNED to **Friday, February 16, 2024, at 10:00 A.M.** The parties are reminded that they must be prepared to (a) discuss whether referral to the assigned magistrate judge or the court-annexed mediation program would be beneficial, and (b) propose a briefing schedule for Plaintiff's anticipated summary judgment motion.

SO ORDERED.

*[signature: Valerie Caproni]*        1/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE