
Drohan Lee

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2024

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
District of Columbia

February 15, 2024

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



MEMO ENDORSED

      Re:    *M.L., v. N.Y.C Dep't of Educ.,* 23-cv-6836 (VEC)

Dear Judge Caproni:

     We represent Defendant in the above-referenced action wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

     We are respectfully asking for an adjournment of the in-person Initial Conference currently scheduled for February 16, 2024 at 10 AM before Your Honor or permission for the parties to appear virtually or telephonically. Plaintiff consents to this request. We are mindful of your Honor's Order of January 29, 2024 [ECF 32] in which the Court kindly adjourned the conference from February 2 to the 16.  We are seeking the adjournment for good cause. I have been informed that Plaintiff's counsel is ill so if the conference goes forward has asked to appear in an alternative manner.  In addition, if our offer is not accepted we will be at a settlement impasse.  We are therefore, providing a briefing schedule as it is believed mediation would not be helpful.

- Plaintiffs motion for summary judgment will be due on or before April 29, 2024;
- Defendant's opposition will be due on or before May 27, 2024; and
- Plaintiff's reply is due June 17, 2024.

     The parties thank the Court for considering this submission.

                                             Respectfully Submitted,

                                             By: */s/ Vivian Rivera Drohan*
cc: Irina Roller, Esq. (via ECF)             Vivian Rivera Drohan, Esq.

Application GRANTED IN PART.  The Initial Pretrial Conference scheduled for Friday, February 16, 2024, is CANCELED.

Plaintiff must file her motion for summary judgment by not later than **Friday, March 15, 2024**.  Defendant's response in opposition is due by not later than **Friday, April 12, 2024**.  Plaintiff's reply is due by not later than **Friday, April 26, 2024**.  No further extensions will be granted.

SO ORDERED.

2/15/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE